Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

08 MAR 11 AM 11:20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ARREST ON OUT-OF-DISTRICT OFFENSE   DEPUTY

Magistrate Case Number: '08 MJ 0778

The person charged as __Jose Luis Valdez-Sanchez__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Eastern__ District of __California__ with __Deported Alien Found in the United States__, in violation of __Title 8, United States Code, Section 1326 (a) & (b) (2)__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 3/11/08

_____
Juan J. Ramirez, Deportation Officer
(Name)

Reviewed and Approved:

Dated: 3/11/08

_____
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA


COPY ISSUED

USA,

v.  **WARRANT FOR ARREST**

JOSE LUIS VALDEZ-SANCHEZ,

Case Number: 1:08-CR-00007-AWI

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Jose Luis Valdez-Sanchez,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Violation Petition  ☐ Other _____

charging him or her with (brief description of offense)

**Deported Alien Found in the United States (Felony)**

in violation of Title  **8**   United States Code, Section(s)  **1326 (a) & (b) (2)**

| | |
|---|---|
| S. Arellano | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 1/4/08    Fresno |
| Signature of Issuing Officer | Date and Location |

Bail fixed at  **$NO BAIL**     by   Judge Dennis L. Beck

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant  _____

| Date Received | Name and Title of Arresting Officer |
|---|---|
| | |
| Date of Arrest | Signature of Arresting Officer |

No.

# UNITED STATES DISTRICT COURT

*Eastern District of California*

**FILED**

*Criminal Division*

JAN 0 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
C. ESTEVES
DEPUTY CLERK

THE UNITED STATES OF AMERICA

vs.

JOSE LUIS VALDEZ-SANCHEZ,
aka Jose Luis Sanchez  1:08CR000 07 AWI

## I N D I C T M E N T

**VIOLATION(S):** 8 U.S.C. § 1326(a) and (b)(2) - DEPORTED ALIEN FOUND IN THE UNITED STATES

*A true bill,*

/s/
_____
Foreman.

*Filed in open court this* _____ *day*

*of* _____, A.D. 20 _____

_____
Clerk.

Bail, S ___ NO BAIL WARRANT

GPO 863 525

AO 257 (Rev. 10/95)

Case 1:08-cr-00007-AWI   Document 1-2   Filed 01/03/2008   Page 2 of 3

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

By: [ ] COMPLAINT   [ ] INFORMATION   [x] INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (city):
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO, CALIFORNIA**

**OFFENSE CHARGED**
See Indictment

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

DEFENDANT -- U.S. vs.
**JOSE LUIS VALDEZ-SANCHEZ**

Address: 1:08CR000 07 AWI

Place of Offense: San Bernadino County

U.S.C. Citation: See Indictment

Birth Date: (Optional unless a juvenile)   [X] Male   [ ] Female   [ ] Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
**DEAN OTTO/ICE**

[ ] this person is awaiting trial in another Federal or State Court, give name of court.

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y   [ ] Defense

} SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **Maria G. Robles**
[X] U.S. Att'y   [ ] Other U.S. Agency

Name of Asst. U.S. Att'y: **IAN L. GARRIQUES**

### DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [X] On this charge
5) [ ] On another conviction   [ ] Fed'l   [X] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   [ ] Yes   [ ] No
If "Yes" give date

DATE OF ARREST: Mo. ___ Day ___ Year ___

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY: Mo. ___ Day ___ Year ___

[ ] This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

PENALTIES:

DEFN. BAIL STATUS: ISSUE NO BAIL WARRANT

USMS E-CA FRESNO   Fax:   Feb 21 2008 01:32pm   P012/015

## PENALTY SLIP

**DEFENDANT:** JOSE LUIS VALDEZ-SANCHEZ
aka Jose Luis Sanchez

**VIOLATION:** 8 U.S.C. § 1326 (a) & (b) (2)
Deported Alien Found in the
United States (Felony)

**PENALTY:** 20 years imprisonment
Not more than $250,000 fine

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8              UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,  )
                               )   1:08CR000 07 AWI
12             Plaintiff,      )
                               )   CASE NO.
13        v.                   )
                               )   VIOLATION:
14  JOSE LUIS VALDEZ-SANCHEZ   )   8 U.S.C. § 1326(a) and (b)(2)
      aka Jose Luis Sanchez,   )   - Deported Alien Found in the
15                             )   United States (Felony)
               Defendant.      )
16  _____)
17
18                         I N D I C T M E N T
19       The Grand Jury charges:  T H A T
20            JOSE LUIS VALDEZ-SANCHEZ
                aka Jose Luis Sanchez,
21
22  defendant herein, an alien, on or about May 10, 2007, was
23  excluded, deported, or removed from the United States after being
24  convicted of one or more crimes punishable by a term of
25  imprisonment exceeding one year, specifically:
26        Corporal injury to a spouse, cohabitant, or child's
          parent, in violation of California Penal Code
27        § 273.5(a), and assault by means likely to produce
          great bodily injury, in violation of California Penal
28        Code § 245(a)(1), on or about January 10, 2007, in the
```



FILED
JAN 0 3 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY C. ESTEVES
    DEPUTY CLERK

I hereby attest and certify on JAN 0 4 2008
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
      VICTORIA C. MINOR
      CLERK, U.S. DISTRICT COURT
      EASTERN DISTRICT OF CALIFORNIA
      By _____ Deputy

1  Superior Court of San Bernardino County, California,
   and sentenced to two years imprisonment (Case No.
2  FSB058468);

3  and thereafter on or about September 27, 2007, the defendant was

4  found within the State and Eastern District of California, with

5  neither the United States Attorney General or the Secretary of the

6  Department of Homeland Security having expressly consented to a

7  reapplication by the defendant for admission into the United

8  States, in violation of Title 8, United States Code, Section

9  1326(a) and (b)(2).

10

11                                              A TRUE BILL.

12

13                                              /s/
                                          _____
                                              FOREPERSON
14  McGREGOR W. SCOTT
    United States Attorney
15

16  By: /s/ Mark K. Cullers
17  MARK E. CULLERS
    Assistant U.S. Attorney
18  Chief, Fresno Office

19

20

21

22

23

24

25

26

27

28

                                    2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. )   1: 08-CR-00007 AWI
)
)
JOSE LUIS VALDEZ-SANCHEZ )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum.

Name of Detainee: Jose Luis Valdez-Sanchez
Detained at (custodian): CCI-Tehachapi, CA

Detainee is:    a.)    (X) charged in this district by:
               (X) Indictment    ( ) Information    ( ) Complaint
               Charging Detainee With: **8 U.S.C. § 1326 -Deported Alien Found in the United States**

or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)    (X) return to the custody of detaining facility upon termination of proceedings
or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: Ian L. Garriques, 559-497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 2/12/08                            United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Jose Luis Sanchez | Male X | Female |
| Booking or CDC #: | F-84079 | DOB: | 03/06/1978 |
| | Release Date: 03/11/08 | Race: | |
| | | FBI #: | 460192LB7 |

Facility Phone: _____
Currently Incarcerated For: _____

---

### RETURN OF SERVICE

Executed on _____ by _____        _____
                                                                     (Signature)