# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

April 2, 2008

Clerk, U.S. District Court
U S District Court, Eastern District of CA
4-200 Robert T Matsui U S Courthouse
501 I Street
Sacramento CA 95814-7300

Re:   08mj778, USA v Jose Luis Valdez-Sanchez

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | X | Order of Removal |
| __ | Minute Order Appointing Counsel | __ | Detention Order |
| __ | Corporate Surety Bond | X | Waiver of Removal |
| __ | Personal Surety Bond | | |
| __ | Other | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: M. Manner
Deputy Clerk