MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. __JOSE LUIS VALDEZ-SANCHEZ__   No. __08MJ0778__

HON. __LOUIS S. PORTER__   Tape No. __POR08-1-14:49-14:53__   (4 mins)

Asst. U.S. Attorney __GEORGE MANAHAN__   PTSO _____

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | VICTOR PIPPINS FD | X Apt | Ret | for | VALDEZ-SANCHEZ | (1) | (C) |

PROCEEDINGS:   ___ In Chambers   X In Court   ___ By Telephone


Jose Luis Valdez-Sanchez - Bkg # 07822298

Removal/ID Hearing as to Jose Luis Valdez-Sanchez (1) set for 3/26/2008 - not held.
Defendant Jose Luis Valdez-Sanchez (1) Waives Removal Hearing.
Defendant Jose Luis Valdez-Sanchez (1) Admits Identity.

Defendant Jose Luis Valdez-Sanchez (1) Ordered Removed to the Eastern District of CA forthwith

Warrant of removal issued.


Date   __3/25/08__   Maria J. Mirabella for Rick Messig
                     Deputy's Initials